1
2
3
4

Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

5
6

Attorneys for Plaintiff
Daniel Delgado

7
8

9

## UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

DANIEL DELGADO,                          )   No.  1:09-CV-01913-OWW-SMS
                                         )
12              Plaintiff,               )   **STIPULATION FOR DISMISSAL OF**
                                         )   **ACTION**
13        vs.                            )
                                         )
14   CENTRAL VALLEY FOOD SERVICES, et    )
                                         )
15   al.,                                )
                                         )
16              Defendants.              )
                                         )
17   _____)

18

19        IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and

20   Defendants Jack in the Box Inc.; Melanie Shain; Harold Shain; Miriam Shain; and Chico

21   Foods, LLC., the parties to this action, by and through their respective counsels, that pursuant to

22   Fed. R. Civ. P. 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice

23   in its entirety.

24

25   Date: October 22, 2010                        MOORE LAW FIRM, P.C.

26

27                                                 By: /s/ Tanya E. Moore

28                                                     Tanya E. Moore
                                                       Attorneys for Plaintiff

*Delgado v. Central Valley Food Services, et al.*
Stipulation for Dismissal

1   Date: October 22, 2010                  LAW OFFICES OF KEVIN KEVORKIAN

2

3

                                            /s/ Kevin B. Kevorkian

4                                            Kevin B. Kevorkian, Attorney for Defendants

5

6   IT IS SO ORDERED.

7       Dated:   **October 22, 2010**               **/s/ Oliver W. Wanger**

8                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Delgado v. Central Valley Food Services, et al.*
Stipulation for Dismissal